# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN ALLIANCE OF POLICE, and JOSEPH KRESCH, PRESIDENT, METROPOLITAN ALLIANCE OF POLICE, CHAPTER 267, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., JOSEPH PEREZ, in his individual and Official capacity, <br><br>　　　　　　Defendants. | NO.:　18 cv 002468 <br><br>JUDGE CHARLES P. KOCORAS |

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing **Certificate of Service and Defendants' First Set of Supplemental Interrogatories to Plaintiff** were served upon counsel listed on the attached Service List via Electronic Mail and U. S. Postal Mail at 547 West Jackson Boulevard, Chicago, Illinois 60661, with proper first-class postage prepaid and affixed thereto on this 30th day of May 2019.

　　　　　　　　　　　　　　　　　　　　　_/s/ Pamela Post_
　　　　　　　　　　　　　　　　　　　　　Pamela Post, Litigation Paralegal


Stephen G. Goins, Esq.
Thomas J. Platt, Esq.
**Metra Law Department**
547 West Jackson Boulevard - 15th Floor
Chicago, Illinois  60661
312.322.7073 | sgoins@metrarr.com
312.322.1503 | tplatt@metrarr.com
ARDC #6310890
ARDC #6181260

# SERVICE LIST

## *Metropolitan Alliance of Police/Joseph Kresch v. Metra, et al.*, 18 cv 002468

**ATTORNEYS FOR PLAINTIFF:**

T. Steven Calcaterra, Esq.
24 West 500 Maple Avenue
Suite 208
Naperville, Illinois 60540
Telephone: 630.281.2532
E-Mail: sc@law-illinois.com
E-Mail: stevecalcaterra@gmail.com